

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00826-CV

Victor **VALDEZ**,
Appellant

v.

Denette **BUENROSTRO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15059
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  March 18, 2015

DISMISSED FOR WANT OF PROSECUTION

This is an appeal from a trial court's order granting a temporary injunction.  The record in this appeal was due January 6, 2015.  The clerk's record was filed, but this court was unaware if there was a reporter's record as appellant failed to file a docketing statement in this court, and the clerk's record did not contain a request for a reporter's record.  Accordingly, when the clerk's record was filed, this court set a due date for appellant's brief.  However, after speaking with appellant's counsel, it became apparent there was a reporter's record.  Counsel admitted he had not requested the record from the reporter, and without a docketing statement, this court was

unaware of the name of the reporter. The clerk's office of this court verbally advised appellant's counsel that it was his responsibility to request the reporter's record and that he should provide, as soon as possible, written proof that he had requested the record. We received no response to our verbal request.

Accordingly, we ordered appellant to provide written proof to this court on or before February 9, 2015, that he (1) made a written request for the reporter's record, and (2) paid for the record or made arrangement satisfactory to the reporter for payment. In that same document, we stated appellant should advise this court of the name of the reporter. We advised appellant that if he failed to timely comply with this court's order, we would order him to file his appellant's brief without the benefit of a reporter's record and he would be permitted to raise only those issues that do not require a reporter's record for disposition. Appellant did not respond to our order.

Accordingly, on February 12, 2015, we ordered appellant to file his brief in this court on or before March 4, 2015. We specifically advised appellant we would consider only those issues or points raised in appellant's brief that did not require a reporter's record for a decision. We further advised appellant that if he failed to file the brief as ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant did not file a brief.

Based on the foregoing, we **order** this appeal dismissed for want of prosecution. We further **order** that appellee Denette Buenrostro recover her costs of this appeal, if any, from appellant Victor Valdez.

PER CURIAM